IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**ARTHUR WHITE AND**
**PATRICIA WHITE**

        **Plaintiffs**

**CAUSE NO:**

**VS.**

**Michael Burger and Landstar Inway, Inc.**

        **Defendants**

## PLAINTIFFS' ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiffs, Arthur White and Patricia White complain of Defendants, Michael Burger and Landstar Inway, Inc., and for cause of action would show:

**I.**

Plaintiffs, Arthur White and Patricia White and are individuals residing in Dallas County, Texas.

Defendant Michael Burger is an individual residing in Jacksonville, Illinois, and service can be effectuated by serving at his current residence located at 210 Capps Ave., Jacksonville, Illinois 62650 or 1042 E. Morton Ave., Unit 177, Jacksonville, Illinois 62650; or wherever he may be found.

Defendant Landstar Inway, Inc. is a foreign corporation doing business in Texas, located at 13410 Sutton Park Drive South, Jacksonville, Florida 32334-5270 and service may be effectuated, by serving CT Corporation Systems, 155 Federal Street, Suite 700, Boston, Massachusetts 02110.

## II.

On May 10, 2019, Plaintiffs were travelling northbound on IH-I 35 in Lake Dallas, Texas in Denton County, Texas and Defendant Michael Burger was driving an 18-wheeler truck and was travelling directly behind Plaintiffs' vehicle when Defendant was attempting to change lanes and collided into the left back side of Plaintiffs' vehicle, causing injuries and damages to Plaintiffs.

Defendant Michael Burger was the employee, servant, agent and/or representative of Defendant Landstar Inway, Inc. and was operating the vehicle within the course and scope of his employment with Defendant Landstar Inway, Inc. at the time of the collision on May 10, 2019.

## III.

The occurrence made the basis of this suit, and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant Michael Burger in one or more of the following respects:

A. In failing to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

B. In failing to timely apply the brakes to the vehicle in order to avoid the collision in question;

C. In traveling at an unsafe rate of speed;

D. In failing to take evasive action to avoid the collision in question;

E. In attempting to change lanes when it was unsafe to do so; and/or

F. Driver inattention.

Each of these acts and omissions, singularly or in combination with others, constitute negligence which proximately caused the collision and the injuries and damages which Plaintiffs suffered.

The occurrence made the basis of this suit, and the resulting injuries and damages were proximately caused by the negligent conduct Defendant Michael Burger who at the time of the collision was the employee, agent, servant and/or representative of the Defendant Landstar Inway, Inc. and was acting within the course and scope of his employment at the time of the collision.

**IV.**

As a result of the Defendant's negligence, Plaintiffs sustained serious injuries to their heads, necks, backs, chests, and/or shoulders.

As a results of the Defendants' negligence, Plaintiff Arthur White, Jr. has incurred medical expenses of at least $33,000.00 to date and will incur additional medical expenses in the future. Plaintiff has incurred Patricia White has incurred medical expenses of at least $38,000.00 to date and will incur additional medical expenses in the future.

These expenses were incurred for the necessary care and treatment of Plaintiffs for the injuries resulting from the incident complained of in this case. The charges are reasonable and were the usual and customary charges made for such services in Denton County and Dallas County, Texas or wherever the services were rendered.

As a further result of the injuries sustained by Plaintiffs, there is a reasonable probability that they will require further medical care and attention and will incur future reasonable and necessary expenses for medical care.

**V.**

As a result of Defendant's negligence, Plaintiffs have in the past suffered physical pain and mental anguish and in all reasonable probability will suffer physical pain and mental anguish in the future.

**VI.**

**WHEREFORE,** Plaintiffs request that Defendant be cited to appear and answer, and that on final trial, Plaintiffs have as follows:

1. Judgment against Defendant for damages suffered by Plaintiffs as a result of Defendant's negligent conduct, for a sum in excess of the minimum jurisdictional limits of the court;

2. Prejudgment interest at the maximum legal rate, compounded daily from the earliest applicable date until judgment;

3. Interest after the judgment at the maximum legal rate until paid;

4. Costs of suit; and

5. Such other and further relief to which Plaintiffs' may be justly entitled.

Respectfully submitted,

*/s/ Brenda J. Williams*
Brenda J. Williams
State Bar No. 21515300
Bank of America, Oak Cliff Tower
400 So. Zang Blvd., Suite 1200
Dallas, Texas 75208
Tel: (214) 946-0865
Fax: (214) 948-3038
bwilliams@bjwilliamslaw.com
**ATTORNEY FOR PLAINTIFFS**