UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**ARTHUR WHITE AND**
**PATRICIA WHITE**

                                                Civil Action No: 4:20-cv-250-SDJ

    **Plaintiffs**

**VS.**

**MICHAEL BURGER and**
**LANDSTAR INWAY, INC.**

    **Defendants**

### PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW,** Plaintiffs, Arthur White and Patricia White and complains of Defendants, Michael Burger and Landstar Inway, Inc., and files Plaintiff's First Amended Original Complaint and for cause of action would show unto the court as follows:

**I.**

The Court has subject matter jurisdiction based on the allegations asserted by Plaintiffs herein establishing complete diversity of citizenship of the parties and that the amount of damages Plaintiffs allege and amount in controversy in this case exceeds $75,000.00, as set out below:

1. Plaintiff, Arthur White is an individual, and is a citizen of and domiciled in the State of Texas and intends to remain in the State of Texas.

2. Plaintiff, Patricia White is an individual and is citizen of and domiciled in the State of Texas and intends to remain in the State of Texas.

3. Defendant, Michael Burger is an individual and is citizen of and domiciled in the State of Illinois, and his current address is 210 Capps Ave., Jacksonville, Illinois 62650.

4. Defendant, Landstar Inway, Inc., a corporation is citizen of the State of Delaware and was incorporated in the State of Delaware.

5. Defendant, Lanstar Inway, Inc. is also a citizen of the State of Florida and has its principal place of business in the State of Florida at 13410 Sutton Park Drive South, Jacksonville, Florida 32334.

6. The amount in controversy exceeds $75,000.00 exclusive of interests and costs based upon Plaintiffs' are requesting the court award damages in the amount of $236,914.00.

7. As a result of the Defendants' negligence, Plaintiffs sustained serious injuries to their heads, necks, backs, chests, shoulders and/or arms and are requesting damages to be awarded for the amounts set out as follows:

    a. Plaintiff Arthur White incurred medical expenses to date in the amount of $33,575.00 and expected to incur medical expenses in the future in the amount of $10,000.00. Plaintiff Patricia White has incurred medical expenses to date in the amount of $43,339.00 and expected to incur medical expenses in the future in the amount of $20,000.00. These expenses were or will be incurred for the necessary care and treatment of Plaintiffs for the injuries resulting from the incident complained of in this case. These expenses were incurred for the necessary care and treatment of Plaintiffs for the injuries resulting from the incident complained of in this case. The charges are reasonable and were the usual and customary charges made for such services in Denton County, Texas and Dallas County, Texas wherever the services were rendered.

    b. As a result of Defendants' negligence, Plaintiffs have in the past suffered physical pain and mental anguish and in all reasonable probability will suffer physical pain and mental anguish in the future. Plaintiff Arthur White is requesting damages in the amount of $30,000.00 for past physical pain and mental anguish and $20,000.00 for future physical pain and mental anguish. Plaintiff Patricia White has in the past suffered physical pain and mental anguish in the amount of $50,000.00 and in all reasonable probability will suffer future physical pain and mental anguish in the amount of $30,000.00.

**II.**

On May 10, 2019, Plaintiffs were travelling northbound on IH-I 35 in Lake Dallas, Texas in Denton County, Texas when Defendant Michael Burger was driving an 18-wheeler truck and was travelling directly behind Plaintiffs' vehicle as Defendant was attempting to change lanes and collided into the left back side of Plaintiffs' vehicle, causing severe injuries and damages to Plaintiffs in the amount of $236.914.00.

Defendant Michael Burger was the employee, servant, agent and/or representative of Defendant Landstar Inway, Inc. and was operating the vehicle within the course and scope of his employment with Landstar Inway, Inc. at the time of the collision on May 10, 2019.

**III.**

The occurrence made the basis of this suit, and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant Michael Burger in one or more of the following respects:

  A. In failing to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

  B. In failing to timely apply the brakes to the vehicle in order to avoid the collision in question;

  C. In traveling at an unsafe rate of speed;

  D. In failing to take evasive action to avoid the collision in question;

  E. In attempting to change lanes when it was unsafe to do so; and/or

  F. Driver inattention.

Each of these acts and omissions, singularly or in combination with others, constitute

negligence which proximately caused the collision and the injuries and damages which Plaintiffs suffered. The occurrence made the basis of this suit, and the resulting injuries and damages were proximately caused by the negligent conduct Defendant Michael Burger who at the time of the collision was the employee, agent, servant and/or representative of the Defendant Landstar Inway, Inc. and was acting within the course and scope of his employment at the time of the collision.

**IV.**

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs request that Defendants be cited to appear and answer, and that on final trial, Plaintiffs have as follows:

1. Judgment against Defendants for damages suffered by Plaintiffs as a result of Defendant's negligent conduct, for a sum of $236,914.00;
2. Prejudgment interest at the maximum legal rate, compounded daily from the earliest applicable date until judgment;
3. Interest after the judgment at the maximum legal rate until paid;
4. Costs of suit; and
5. Such other and further relief to which Plaintiffs' may be justly entitled.

Respectfully submitted,

/s/ *Brenda J. Williams*
Brenda J. Williams, Lead Attorney
State Bar No. 21515300
Bank of America, Oak Cliff Tower
400 So. Zang Blvd., Suite 1200
Dallas, Texas 75208
Tel: (214) 946-0865

        Fax: (214) 948-3038
        bwilliams@bjwilliamslaw.com
        **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Amended Complaint was served on Defendants' Counsel via the Court's CM/ECF filing system on this the 9th day of June 2020.

/s/ *Brenda J. Williams*

**Brenda J. Williams**