UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ARTHUR WHITE and | § | |
| PATRICIA WHITE | § | |
| | § | |
| VS. | § | Civil Action No. 4:20-cv-250-SDJ |
| | § | |
| MICHAEL BURGER and | § | |
| LANDSTAR INWAY, INC. | § | |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE SETTLEMENT DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants **MICHAEL BURGER and LANDSTAR INWAY, INC. (hereinafter collectively referred to as "Defendants")** and respectfully request the Court to extend the deadline to file settlement documents as follows:

### I.

### PROCEDURAL BACKGROUND

1. The Court-appointed mediator, James Juneau, advised the Court on or about November 16, 2020 that the parties had settled the case without the necessity of formal mediation (ECF Document No. 28).

2. On November 16, 2020, this Honorable Court issued an Order that the parties submit all papers necessary for the closing of the case and its removal from the active docket of this Court on or before December 16, 2020 (ECF Document No. 30).

3. The parties have been working diligently to secure all settlement documents necessary for the resolution of the file and to comply with the Court's November 16, 2020 Order. However, there have been issues regarding resolution of liens, specifically as it relates to Plaintiff Arthur White. Therefore, the parties respectfully request an extension of sixty (60 days) to allow for

Plaintiffs and/or their attorney of record to fully negotiate all outstanding liens and to file the appropriate and required documents with this Court.

**4.** The requested extension is not sought for delay but so that justice may be done.

                                                Respectfully submitted,

                                                */s/Robyn M. Wise*

                                                _____
                                                **MICHAEL P. SHARP**
                                                SBN: 00788857
                                                msharp@feesmith.com
                                                **ROBYN M. WISE**
                                                SBN: 24044002
                                                rwise@feesmith.com
                                                FEE, SMITH, SHARP & VITULLO, LLP
                                                Three Galleria Tower
                                                13155 Noel Rd., Suite 1000
                                                Dallas, TX 75240
                                                (972) 934-9100
                                                (972) 934-9200 – Fax

                                                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

On December 9, 2020, the undersigned counsel conferred with Plaintiffs' counsel regarding the extension of the settlement deadline, and Plaintiffs' counsel indicated she is in agreement with said extension.

Certified to this 9th day of December, 2020.

/s/Robyn M. Wise

**ROBYN M. WISE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of December, 2020, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District - Sherman Division, using the electronic case filing system of the Court. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

*<u>Via E-mail:</u>*
Brenda J. Williams
bwilliams@bjwilliamslaw.com
Bank of America, Oak Cliff Tower
400 So. Zang Boulevard, Suite 1200
Dallas, TX  75208

/s/Robyn M. Wise

**ROBYN M. WISE**