# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ARTHUR WHITE, ET AL., § | |
| § | |
| Plaintiffs, § | CIVIL ACTION NO. 4:20-CV-00250-SDJ-CAN |
| v. § | |
| § | |
| MICHAEL BURGER, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Defendants Michael Burger and Landstar Inway, Inc.'s "Unopposed Motion to Extend Deadline to File Settlement Documents" [Dkt. 31]. Therein, Defendants Michael Burger and Landstar Inway, Inc. request an extension of sixty (60) days to file closing documents [Dkt. 31 at 1-2]. Defendants Michael Burger and Landstar Inway, Inc. aver Plaintiffs Arthur and Patricia White are "in agreement with said extension" [Dkt. 31 at 3]. After reviewing the "Unopposed Motion to Extend Deadline to File Settlement Documents," and all other relevant filings, the Court finds the "Unopposed Motion to Extend Deadline to File Settlement Documents" should be granted. Accordingly,

It is therefore **ORDERED** that Defendants Michael Burger and Landstar Inway, Inc.'s "Unopposed Motion to Extend Deadline to File Settlement Documents" [Dkt. 31] is **GRANTED**. The Parties shall have until *Monday, February 15, 2021*, to submit to the Court all papers necessary for the closing of this case.

**IT IS SO ORDERED**.  **SIGNED this 11th day of December, 2020.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo